USDC SCAN INDEX SHEET

















MCS    4/15/05    15:11

3:05-M -00598   USA V. GARCIA-CARDENAS

*1*

*CRCMP.*

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA

FILED

05 APR 15 AM 11:31

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Magistrate Case No. '05 mg 0598 |
| ) | |
| V. ) | COMPLAINT FOR VIOLATION OF |
| ) | |
| Alberto Garcia-Cardenas ) | Title 18 , United States Code |
| ) | Section 751 (a) |
| ) | |

The undersigned complainant, being duly sworn states:

That on or about January 4,2005, at San Diego, California, in the Southern District of California, Alberto Garcia-Cardenas did unlawfully and willfully escape from an institution and facility in which he was confined by the Attorney General, to wit: Correctional Alternatives, San Diego, California, a federally contracted facility, said custody and confinement being by virtue of a conviction for importation of marijuana, in violation of Title 18, United States Code, Section 751 (a).

The complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Matthew C. Peters
Deputy United States Marshal

Sworn to before me, and subscribed in my presence, this 15th day of April, 2005.

_____
United States Magistrate Judge

AFFIDAVIT

STATE OF CALIFORNIA    )
                                             ) ss.
COUNTY OF SAN DIEGO  )

     I, Matthew C Peters, being duly sworn, hereby depose and state that:

     1.  I am a Deputy United States Marshal and have been so employed for over three years.

     2.  This affidavit is made in support of a complaint against Alberto Garcia-Cardenas for escape from the custody of the Attorney General, in violation of Title 18, United States code, Section 751(a).

     3.  On January 5, 2005, the United States Marshals Office received a memorandum from the United States Federal Bureau of prisons, to report the escape of Alberto Garcia-Cardenas from Correctional Alternatives, San Diego, California, a federally contracted facility.

     4.  On April 14, 2005  I reviewed files from the United States Marshals Service and Correctional Alternatives.  My review of the files revealed the following facts:

     a.  Alberto Garcia-Cardenas  was serving a twelve month sentence imposed by United States District Court Judge Gordon Thompson Jr, Southern District of California, on June 1, 2004, for importation of marijuana.

     b.  Records show that on January 4, 2005, Alberto Garcia-Cardenas was furlough transferring from Taft Correctional Inst. To Correctional Alternatives in San Diego, CA. Garcia-Cardenas did not report to the receiving halfway house. Local law enforcement offices and hospitals were contacted by staff in search of inmate Garcia-Cardenas.  As of this date and time, he has not arrived at the community corrections center and is considered to be on escape status.

Dated: April 14, 2005

                                                _____
                                             Matthew C. Peters  Deputy U.S. Marshal

Subscribed and sworn before me
on this /5 day of April, 2005

_____
United States Magistrate Judge

# FAX TRANSMITTAL



**GLOBAL EXPERTISE IN OUTSOURCING**

| | | | | |
|---|---|---|---|---|
| **Date:** | January 5, 2005 | | | **The GEO Group, Inc.** |
| **To:** | Jeff Tyler | **From:** | Pam Thompson | **TAFT CORRECTIONAL INSTITUTION** |
| **Phone:** | | **Phone:** | 661-763-2510, Ext. 1129 | 1500 Cadet Rd. P. O. Box 7000*** Taft, CA 93268 |
| **Fax:** | 619-557-5959 | **Fax:** | 661-765-3013 | |
| **cc:** | | **email:** | | www.thegeogroupinc.com |

# pages including cover: 8

**RE:**    Garcia-Cardenas, Alberto - ESCAPEE

Jeff:

To follow:

1. Thumb roll and picture on BP-385 card
2. BP 291 Application w/ inmates signature
3. J and C
4. Finger print card

Thanks,

Pam Thompson
Records Technician - Taft

**CONFIDENTIALITY NOTICE:**
The accompanying facsimile is intended solely for th use of the addressee designated below.
Document(s) transmitted here with may contain information that is confidential and privileged. Delivery, distribution or dissemination of this communication, other than to the intended addressee, is strictly prohibited. If you have received this facsimile in error, please notify us by telephone.

AD-002a Rev.12/08/03

**UNITED STATES DEPARTMENT OF JUSTICE**

FEDERAL BUREAU OF PRISONS

# AUTHORIZED UNESCORTED COMMITMENTS AND TRANSFERS

CHIEF EXECUTIVE OFFICER:   THE PRISONER IDENTIFIED BELOW HAS BEEN AUTHORIZED
FOR UNESCORTED COMMITMENT TO YOUR FACILITY.

AUTHORIZED BY: R. D ANDREWS, WARDEN

| SIGNATURE AND TITLE | DATE 12-30-04 | DOJ MNEMONIC TAF |
|---|---|---|

| NAME OF PRISONER | REGISTER/DOCKET NO. | REPORT DATE | REPORT TO (DOJ MNEMONIC): |
|---|---|---|---|
| GARCIA-CARDENAS, ALBERTO | #95526-098 | 01-04-2005 | CPH 9FV |

| | FINGERPRINT–RIGHT THUMB–FULL ROLL | FINGERPRINT–RIGHT THUMB–FULL ROLL |
|---|---|---|
| -5FT | | |
| | DISCHARGING AUTHORITY | RECEIVING FACILITY |

USP LVN                Previous editions not usable                BP-385(51) – JULY, 1979

U.S. DEPARTMENT OF JUSTICE                     FEDERAL BUREAU OF PRISONS

| Inmate's Name<br>GARCIA-CARDENAS, ALBERTO | Register No.<br>95526-098 | Institution<br>TAFT CORRECTIONAL INSTITUTION<br>1500 CADET ROAD<br>TAFT, CALIFORNIA 93268<br>(661) 763-2510 |
|---|---|---|

## APPLICATION

| Purpose of Visit<br>CCC PLACEMENT | Person and/or Place to be Visited<br>CORRECTIONAL ALTERNATIVES, INC. (CPH 9FV) |
|---|---|
| Date and Time of Departure<br>01-04-2005 @ 0730 HRS. | Address<br>551 35TH AVENUE<br>SAN DIEGO, CALIFORNIA 92113 |
| Date and Time of Return NO RETURN | Telephone No. (619) 232-8600 |

| Point of Contact for<br>Emergency<br>SAME AS ABOVE | Method of<br>Transportation<br>TCI VAN, KERN<br>REGIONAL TRANSIT BUS,<br>GREYHOUND BUS, AND<br>TAXI | Detainer/Pending Charges<br><br>none  RW | Verified by (ISM Staff)<br>✓ Yes ___No<br>RW |
|---|---|---|---|

NOTE TO APPLICANT: You are reminded that should any unusual circumstances arise during the period of
your visit, you should notify the institution immediately at telephone:

## UNDERSTANDING

I understand that if approved, I am authorized to be only in the area of the destination shown above and
at ordinary stopovers or points on a direct route to or from that destination. I understand that my
furlough only extends the limits of my confinement and that I remain in the custody of the Attorney
General of the United States. If I fail to remain within the extended limits of this confinement, it
shall be deemed as escape from the custody of the Attorney General, punishable as provided in Section
751 of Title 18, United States Code. I understand that I may be thoroughly searched upon my return to
the institution and that I will be held responsible for any item of contraband or illicit material that
is found. I have read or had read to me, and I understand that the foregoing conditions govern my
furlough, and will abide by them. I have read or had read to me, and I understand the CONDITIONS OF
FURLOUGH as set forth on the reverse of this form.

| J. ATKINS _Watkins_ | x _Alberto GARCiA C._ |
|---|---|
| CASE MANAGER       Witness | Signature of Applicant<br>12-29-2004 |
| Title | Date Signed |

## ADMINISTRATIVE ACTION

| Information Verified by | Title |
|---|---|
| Name Of USPO Notified | Date of Notification |

Does USPO Have Any Objections to Furlough? (If so, explain)

## APPROVAL

| Approval for the above named Inmate to leave the<br>Institution on a furlough as outlined is hereby<br>granted in accordance with P.L. 93-209 and the BOP<br>Furlough Program Statement. The period of furlough<br>is from<br>01-04-2005 @ 0730 HRS. to 01-04-2005 @ 1645 HRS. | As CMC, I have reviewed the Request for Activity<br>Clearance (404) and the SENTRY CIM Clearance and<br>Separatee Data and I recommend the inmate be<br>approved to participate in this furlough.<br>☒ Yes ☐ No Signature of CMC _M Gregory_ |
|---|---|
| Chief Executive Officer (Name, Title & Date)<br>R.D. ANDREWS, WARDEN _R.M.M. Dimble_ | Signature certifies approval and CIMS Clearance |

## RECORD

| Date/Time Released: _0730 hrs 01/04/05_ | Date/Time Returned: NO RETURN |
|---|---|

Travel Schedule: INMATE GARCIA-CARDENAS WILL DEPART TCI ON 01-04-2005 @ APPROXIMATELY 0730 HOURS VIA TCI
VEHICLE TO TAFT CITY HALL TO ARRIVE AT 0740 HOURS. AT 0757 HOURS GARCIA-CARDENAS TRAVEL VIA KERN
REGIONAL TRANSIT TO BAKERSFIELD GREYHOUND BUS STATION TO ARRIVE AT 0925 HOURS. AT 1010 HOURS, GARCIA-
CARDENAS WILL TRAVEL VIA BAKERSFIELD GREYHOUND BUS TO SAN DIEGO, CALIFORNIA. HE WILL ARRIVE AT SAN
DIEGO GREYHOUND BUS STATION AT 1610 HOURS. AT 1615 HOURS, GARCIA-CARDENAS WILL TRAVEL VIA TROLLEY FROM
SAN DIEGO GREYHOUND BUS STATION TO CORRECTIONAL ALTERNATIVES, INC., 551 SOUTH 35TH AVENUE, SAN DIEGO,
CALIFORNIA 92113, TO ARRIVE ON 01-04-2005 NO LATER THAN 1645 HOURS.

(This form may be replicated via WP)                          Replaces BP-291 of DEC 1997



Inmate's Photo

## Conditions of Furlough

1.  I will not violate the laws of any jurisdiction (federal, state, or local). I understand that I am subject to prosecution for escape if I fail to return to the institution at the designated time.

2.  I will not leave the area of my furlough without permission, with exception of traveling to the furlough destination, and returning to the institution.

3.  While on furlough status, I understand that I remain in the custody of the U.S. Attorney General. I agree to conduct myself in a manner not to bring discredit to myself or to the Bureau of Prisons. I understand that I am subject to arrest and/or institution disciplinary action for violating any condition(s) of my furlough.

4.  I will not purchase, possess, use, consume, or administer any narcotic drugs, marijuana, intoxicants in any form, nor will I frequent any place where such articles are unlawfully sold, dispensed, used, or given away.

5.  I will not use any medication that is not prescribed and given to me by the institution medical department for use or prescribed by a licensed physician while I am on furlough. I will not have any medical/dental/surgical/psychiatric treatment without the written permission of staff, except where an emergency arises and necessitates such treatment. I will notify institution staff of any prescribed medication or treatment received in the community upon my return to the institution.

6.  I will not have in my possession any firearm or dangerous weapon.

7.  I will not get married, sign any legal papers, contracts, loan applications, or conduct any business without the written permission of staff.

8.  I will not associate with persons having a criminal record or with those persons who I know are engaged in illegal occupations.

9.  I agree to contact the institution (or United States Probation Officer) in the event of arrest, or any other serious difficulty or illness.

10. I will not drive a motor vehicle without the written permission of staff. I understand that I must have a valid driver's license and sufficient insurance to meet any applicable financial responsibility laws.

11. I will not return from furlough with any article I did not take out with me (for example, clothing, jewelry, or books). I understand that I may be thoroughly searched and given a urinalysis and/or Breathalyzer and/or other comparable tests upon my return to the institution. I understand that I will be held accountable for the results of the search and test(s).

12. It has been determined that consumption of poppy seeds may cause a positive drug test which may result in disciplinary action. As a condition of my participation in community programs, I will not consume any poppy seeds or items containing poppy seeds.

13. Special Instructions:

I have read, or had read to me, and I understand the above conditions concerning my furlough and agree to abide by them.

Inmate's Signature: x _Alberto Garcia C_     Reg. No.: _95526-098_     Date: _12-29-2004_

Signature/Printed Name of Staff Witness: J. ATKINS/ _Jatkins_
Record Copy - Control Center, Count Control, Forward to ISM, ISM Forward to Unit for Central File; Copy - Control Center, Forward to Record Office; Copy - ISM Suspense Copy (R&D); Copy - Inmate Use on Furlough

O AO 245B   (Rev. 9/00) Judgment in a Criminal Case
            Sheet 1

FILED

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

04 JUN -2  AM 8: 11

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | (For Offenses Committed On or After November 1, 1987) |
| ALBERTO GARCIA-CARDENAS | Case Number: 04CR610-GT |
| | MICHAEL MCCABE |
| | Defendant's Attorney |

REGISTRATION NO. 95526098

☐

THE DEFENDANT:

☒ pleaded guilty to count(s)   1 OF THE INFORMATION

☐ was found guilty on count(s) _____

after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 21 USC 952, 960 | IMPORTATION OF MARIJUANA | 1 |

The defendant is sentenced as provided in pages 2 through _____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ is ☐ are ☐ dismissed on the motion of the United States.

☒ Assessment : $ 100.00 /forthwith

☒ Fine ordered waived.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

June 1, 2004
Date of Imposition of Sentence

HON. GORDON THOMPSON, JR.
UNITED STATES DISTRICT JUDGE

Entered Date: 6-2-04

I certify that this is a true, correct and full copy of original document on file in my legal custody.
W. Samuel Hamrick, Jr.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

15

AO 345B   (Rev. 9/00) Judgment in Criminal Case
Sheet 2 — Imprisonment

DEFENDANT: ALBERTO GARCIA-CARDENAS

CASE NUMBER: 04CR610-GT

Judgment — Page ___2___ of _____

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of

**TWELVE (12) MONTHS.**

[✗] The court makes the following recommendations to the Bureau of Prisons:

The Court recommends that the defendant be incarcerated in a facility that is located in Southern, California.

[ ] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:

    [ ] at _____ [ ] a.m. [ ] p.m.   on _____ .

    as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    [ ] before _____

    [ ] as notified by the United States Marshal.

    [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____11-12-04_____ to _____TCI_____

at ___Taft, CA___ , with a certified copy of this judgment.

_____R. D. Andrews Warden_____
UNITED STATES MARSHAL

By _____P. Thompson Records Tech_____
DEPUTY UNITED STATES MARSHAL



AO 245B   (Rev. 9/00) Judgment in a Criminal Case
Sheet 3 — Supervised Release

DEFENDANT: ALBERTO GARCIA-CARDENAS
CASE NUMBER: 04CR610-GT

Judgment—Page ___3___ of _____

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:

THREE (3) YEARS.

## MANDATORY CONDITIONS

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court . The defendant shall also comply with any special conditions imposed.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B   (Rev. 9/00) Judgment in a Criminal Case
Sheet 3 — Continued 2 — Supervised Release

DEFENDANT: ALBERTO GARCIA-CARDENAS
CASE NUMBER: 04CR610-GT

Judgment—Page ___4___ of _____

## SPECIAL CONDITIONS OF SUPERVISION

[x] Not possess any firearm, explosive device or other dangerous weapon.

[x] Submit to a search of person, property, residence, abode or vehicle, at a reasonable time and in a reasonable manner, by the probation officer.

[ ] The defendant shall violate no laws, federal, state and local, minor traffic excepted.

[ ] If deported, excluded, or allowed to voluntarily return to Mexico, not reenter the United States illegally and report to the probation officer within 24 hours of any reentry to the United States; supervision waived upon deportation, exclusion, or voluntary departure.

[ ] Not transport, harbor, or assist undocumented aliens.

[ ] Not associate with undocumented aliens or alien smugglers.

[ ] Not reenter the United States illegally.

[x] Not enter the Republic of Mexico without written permission of the Court or probation officer.

[x] Report all vehicles owned or operated, or in which you have an interest, to the probation officer.

[x] Participate in a program of drug or alcohol abuse treatment including urinalysis testing and counseling as directed by the probation officer.

[ ] Not possess any narcotic drug or controlled substance without a lawful medical prescription.

[ ] Not associate with known users of, smugglers of, or dealers in narcotics, controlled substances, or dangerous drugs in any form.

[ ] Participate in a program of mental health treatment as directed by the probation officer, take all medications as prescribed by a psychiatrist/physician, and not discontinue any medication without permission. The Court authorizes the release of the presentence report and available psychological evaluations to the mental health provider, as approved by the probation officer. Defendant shall sign any releases necessary to permit doctor to talk to probation officer.

[ ] Take no medication containing a controlled substance without valid medical prescription, and provide proof of prescription to the probation officer, if directed.

[ ] Participate in a mental health treatment program as directed by the probation office.

[ ] Provide complete disclosure of personal and business financial records to the probation officer as requested.

[ ] Be prohibited from opening checking accounts or incurring new credit charges or opening additional lines of credit without approval of the probation officer.

[ ] Provide complete disclosure of personal and business financial records to the probation officer as requested.

[ ] Seek and maintain full time employment and/or schooling or a combination of both.

[ ] Resolve all outstanding warrants within _____ days.

[ ] Complete _____ hours of community service in a program approved by the probation officer within _____

[ ] Reside in a Community Corrections Center (CCC) as directed by the probation officer for a period of _____

[ ] Reside in a Community Corrections Center (CCC) as directed by the Bureau of Prisons for a period of _____ commencing upon release from imprisonment.

[ ] Remain in your place of residence for a period of _____, except while working at verifiable employment, attending religious services or undergoing medical treatment.

[ ] Not engage in any form of telemarketing, as defined in 18 USC 2325, without the written permission of the probation officer.

[ ] The defendant shall participate for a period of _____ in a home detention program which includes electronic monitoring and shall observe all rules of such program, as directed by the probation officer. The defendant shall pay the costs of electronic monitoring to the contract vendor, not to exceed the sum of $_____ for each day of participation in the electronic monitoring program. The defendant shall provide proof of payment as directed by the probation officer.

04CR610-GT

JAN '05 '50 11:26

| LEAVE BLANK | CRIMINAL | | | (STAPLE HERE) | | LEAVE BLANK |
|---|---|---|---|---|---|---|

STATE USAGE
NFF SECOND
SUBMISSION    APPROXIMATE CLASS    AMPUTATION    SCAR

USAGE

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

TURE OF PERSON FINGERPRINTED

**GARCIA-CARDENAS ALBERTO**

SOCIAL SECURITY NO.

LEAVE BLANK

**O Alberto GARCIA C**

**549 86 5675**

S/MAIDEN

NAME FIRST NAME, MIDDLE NAME, SUFFIX

DIAZ-MUNGARRO, ALBERTO; GARCIA, ALBERTO;
GARCIA, ALBERTO CONTRERAS;GARCIA-CARDEANS, ALBERTO;
GARCIA-CONTRERAS, ALBERTO; MUNGARRO, ALBERTO DIAZ

| | STATE IDENTIFICATION NO. | DATE OF BIRTH MM DD YY | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|
| OZODRA Ø | N A | 09 24 67 | M | W | 5°9 | 200 | GRN | BLK |



**U.S. Department of Justice**

**Federal Bureau of Prisons**

---

*Community Corrections*

230 N. 1ST Avenue, Suite 405
Phoenix, Arizona 85004

January 5, 2005

MEMORANDUM TO    Inmate Systems Manager
                 TAFT

FROM:            Leonard J. Lipsutz
                 Community Corrections Manager

SUBJECT:         Failure To Report To CCC

                 **Re: Garcia-Cardenas, Alberto**
                 **Reg NO: 95526-098**

                 The above named inmate was due to arrive at the
                 <u>Correctional Alternatives, Inc (CPH 9FV)</u> CCC in
                 San Diego, CA on 01-04-2005.

                 As of this date and time, he has not
                 arrived at the community corrections center and is
                 considered to be on escape and has been placed on
                 escape status per sentry.

                 If you have any questions, please do not hesitate
                 to call me or Susan Forcum, the Legal Instruments
                 Examiner assigned to this Community Corrections
                 Center.

cc: USM Service
    WXRO Regional Director
    BOP Comm Corr-Escapes

BP-S393.058  **NOTICE OF ESCAPED FEDERAL PRISONER** CDFRM
NOV 94
**U.S. DEPARTMENT OF JUSTICE**                      **FEDERAL BUREAU OF PRISONS**

| | | |
|---|---|---|
| **Institution**<br>TAFT CORRECTIONAL INSTITUTION | **Date**<br>01-05-2005 | |

| | | |
|---|---|---|
| **Name**<br>GARCIA-CAROENAS, ALBERTO | **Number**<br>95526-098 | **Date of Birth**<br>09-24-1967 | **Age**<br>37 |

| **Sex**<br>M | **Race**<br>WHITE | **Height**<br>5'9'' | **Weight**<br>200 | **Eyes**<br>GREEN | **Hair**<br>BLACK | **Place of Birth**<br>CA |
|---|---|---|---|---|---|---|

| **Citizenship**<br>US | **Build**<br>MEDIUM | **Home Address**<br>MIGUEL ALEMAN BELICE 147<br>TECATE, MEXICO |
|---|---|---|

| **Scars, Marks, Tattoos-** CROSS LEFT HAND | **Occupation**<br>SELF EMPLOYED MECHANIC. CONSTRUCTION TEMPORARY EMPLOYMENT AGENCY |
|---|---|

| **Last Used Aliases** DIAZ-MUNGARRO, ALBERTO; GARCIA, ALBERTO; GARCIA, ALBERTO CONTRERA; GARCIA-CARDEANS, ALBERTO; GARCIA-CONTRERAS, ALBERTO; MUNGARRO, ALBERTO DIAZ | **F.B.I. No.**<br>67020DA0 | **S.S.N.**<br>549875673 |
|---|---|---|

| **Sentence** 12 MONTHS WITH 3 YEARS SUPERVISION<br>Years/Mos./Days Offense:02-07-2004<br>IMPORTATION OF MARIJUANA | **Original Arresting Agency:**<br>PORT OF ENTRY - TECATE |
|---|---|



**Details of Escape:** Inmate was furlough transferring from Taft Correctional Inst. to Correctional Alternatives in San Diego, CA. Inmate did not report to the receiving halfway house.

**Armed:** ☐ Yes; ☐ No; X Unknown

**Consider Dangerous:** ☐ Yes; X No

**Violent Behavior:** ☐ Yes; X No

SUBJECT TO THE CONDITIONS OF TITLE 28, PART 7, SECTION 7.1 - 7.5 OF THE CODE OF FEDERAL REGULATIONS, A STANDING OFFER TO REWARD IS MADE FOR THE CAPTURE, OR ASSISTANCE IN, OR FURNISHING INFORMATION LEADING TO THE CAPTURE OF AN ESCAPED FEDERAL PRISONER. THIS REWARD SHALL NOT BE IN EXCESS OF $200 UNLESS SPECIFICALLY GRANTED BY THE DIRECTOR OF THE BUREAU OF PRISONS.

IF APPREHENDED, OR IF YOU HAVE INFORMATION CONCERNING THE PRISONER, WIRE OR TELEPHONE COLLECT THE NEAREST OFFICE OF THE FEDERAL BUREAU OF INVESTIGATION (F.B.I.), OR CONTACT THE CHIEF EXECUTIVE OFFICER OF THIS FACILITY.

TELEPHONE NUMBER    (661) 763-2510                    R.D. ANDREWS
                    Area Code                        Chief Executive Officer

                                                     WARDEN
                                                     Title

This form may be replicated via WP)          Replaces BP-393(59) OCT 88 and BP-S393(58) AUG 94